**Darrell PERRY, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 49604.

Missouri Court of Appeals,
Western District.

March 21, 1995.

Rosalynn Koch, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before SPINDEN, P.J., and ULRICH and SMART, JJ.

## ORDER

PER CURIAM.

Darrell Perry appeals the denial of his Rule 24.035 motion for post-conviction relief. We affirm. Rule 84.16(b).